UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

John Dasta,

        Plaintiff,

v.

Bobby Shearin, Dr. Leonardo F.
Giron, Julie Hayes, Howard Nelson,
and Bernie Richards, in their official
and individual capacities,

        Defendants.

**ORDER**
Civil File No. 04-4475 (MJD/RLE)

This matter is before the Court on Plaintiff John Dasta's ("Plaintiff") amended application to proceed *in forma pauperis* ("IFP") on appeal. [Docket No. 114]. Plaintiff originally submitted an application with information indicating that in the six-month period immediately preceding the filing of the notice of appeal, the average monthly deposits to his account were $1,775.33 and the average monthly balance in Plaintiff's account was $239.34. [Docket No. 106]. This Court found that Plaintiff's average monthly deposits equaled an annual income of $21,300, an amount well above the 2006 poverty guidelines, see Vol. 71 Fed. Reg. 3848-49 (January 24, 2006), and denied his application. [Docket No. 107].

Plaintiff has now submitted information which indicates that the prison account officer signed an incorrect accounting certificate. Plaintiff has also submitted a new accounting certificate which shows that in the six-month period

1

immediately preceding the filing of the notice of appeal, the average monthly deposits to his account were $295.89 and the average monthly balance in Plaintiff's account was $239.34. Based on Plaintiff's additional information, the Court finds that Plaintiff is financially eligible for IFP status. Plaintiff is thus excused from pre-paying the entire appeals fee of $255.00, but he is still required to pay the entire fee over a period of time. See Ashley v. Dillsworth, 147 F.3d 715, 716 (8th Cir. 1998).

28 U.S.C. § 1915(b)(1) requires that Plaintiff pay an initial partial filing fee. Pursuant to Section 1915(b)(1), Plaintiff must initially pay an amount equal to twenty percent (20%) of the greater of the average monthly deposits or the average monthly balance listed above. Plaintiff's required initial filing fee is thus twenty percent (20%) of $295.89, which is $59.18. Plaintiff must pay his initial filing fee before this appeal will be allowed to proceed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No. 114] is **GRANTED**, subject to Plaintiff's payment, within twenty (20) days after the date of this Order of his initial partial filing fee of not less than $59.18.

Dated: September 25, 2006    s / Michael J. Davis
                              Michael J. Davis
                              United States District Court Judge