UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Dasta,

      Plaintiff,

   v.                       ORDER
                               Civil No. 04-4475 (MJD/RLE)

Bobby Shearin, et al.,

      Defendants.

_____

The above-entitled matter comes before the Court upon the parties' objections to the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated November 15, 2007.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court ADOPTS the Report and Recommendation, with the exception that Plaintiff's negligence claim that arises out of medical treatment received at FCI-Cumberland is dismissed.

In its objection to the Report and Recommendation, the government agrees that the constitutional claims against Warden Bobby Shearin and Dr. Leonardo Giron should be transferred, and that summary judgment in

1

favor of Defendants Hayes, Nelson and Richards was appropriate.  The

government objects only to that portion of the Report and

Recommendation transferring the negligence claim arising from medical

treatment received at FCI-Cumberland.  With respect to this claim, the

government asserts that this Court does not have subject matter

jurisdiction, as Plaintiff did not exhaust his administrative remedies

pursuant to 28 U.S.C. § 1631.  In support, the government has presented

the Supplemental Declaration of Ann Norenberg.  In her supplemental

declaration, Ms. Norenberg clarifies that Plaintiff never filed any

administrative tort claims concerning malpractice/negligence claims, but

that he did exhaust his administrative remedies under the PLRA with

respect to his <u>Bivens</u> claims.  Supp. Decl. Norenberg, ¶ 3.

Plaintiff filed objections to the Report and Recommendations, but

did not respond to the government's position that Plaintiff failed to

demonstrate that he filed the appropriate administrative claims, nor did he

submit proof that such an administrative claim was filed.  As the record

now demonstrates that Plaintiff did not file the requisite administrative

claim to preserve his negligence claim under the FTCA, this Court does not

have subject matter jurisdiction over that claim.

In his objections to the Report and Recommendation, Plaintiff

challenges some of Magistrate Judge Erickson's factual findings.  The

Court has reviewed the arguments and the record, and finds the

Magistrate Judge's factual findings are not erroneous.

IT IS HEREBY ORDERED that:

1.    Defendants Shearin and Giron's Motion for Summary

Judgment [Doc. No. 58] is GRANTED in part and DENIED in

part as follows.  Plaintiff's constitutional claims against these

defendants shall be transferred to the District of Maryland,

Baltimore Division.  Plaintiff's negligence claim against these

defendant that arises out of medical treatment received at FCI-

Cumberland, Md. is dismissed.

2.      Defendants Hayes, Nelson and Richards' motion for Summary

Judgment [Doc. No. 58] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: January 22, 2008


                                    s / Michael J. Davis
                                    Michael J. Davis
                                    United States District Court

Civil No. 04-4475